## CAROLINA HOLDINGS, INC. v. HOUSING APPEALS BD. OF THE CITY OF CHARLOTTE

No. 230P02

Case below: 149 N.C. App. 579

Motion by respondent to dismiss appeal allowed 3 October 2002. Petition by petitioner for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002. Conditional petition by respondent for discretionary review pursuant to G.S. 7A-31 dismissed as moot 3 October 2002.

## CROWFIELDS CONDO. ASS'N v. SMITH

No. 485P02

Case below: 151 N.C. App. 747

Petition by defendants pro se for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002. Motion by defendants pro se to amend the petition to change fonts, format & typographical concerns allowed 3 October 2002.

## CUMMINGS v. GLIDDEN CO.

No. 455P02

Case below: 151 N.C. App. 297

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002.

## EATMAN LEASING, INC. v. EMPIRE FIRE & MARINE INS. CO.

No. 525P01

Case below: 145 N.C. App. 278

Petition by defendant (Empire Fire & Marine Insurance Company) for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002. Petition by defendant (Empire Fire & Marine Insurance Company) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 October 2002.